IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMILY WARDLAW** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | **NO. 05-3387 and 07-160** |
| **CITY OF PHILADELPHIA** | : | **[CONSOLIDATED]** |

**ORDER**

     AND NOW, this 24th day of July, 2009, upon receipt of plaintiff's "Request for the Honorable Norma L. Shapiro to Recrue [sic] from this case," which the court is treating as a Motion for Recusal under 28 U.S.C. §§ 144 and 455, together with defendant's brief in opposition, it is **ORDERED** that plaintiff's request is **DENIED** for the reasons stated in the court's memorandum filed today.

                                              /s/ Norma L. Shapiro
                                              Norma L. Shapiro, J.